IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00157-MEH

KELLI LUND,

    Plaintiff,

v.

ONEMAIN FINANCIAL, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2019**.

    Before the Court is a Notice of Settlement filed by the Plaintiff.  ECF No. 8.  In light of the notice, the Scheduling Conference currently set for March 21, 2019, is **vacated**.  The parties shall file dismissal papers with the Court on or before **April 19, 2019**.